**VERSA CORPORATION,**
Plaintiff–Appellee,

v.

**AG–BAG INTERNATIONAL LIMITED,**
Defendant–Appellant.

No. 03–1564.

United States Court of Appeals,
Federal Circuit.

March 25, 2004.

David W. Axelrod, Christopher J. Lewis, Denise M. Graves, Williamson, Schwabe, Portland, OR, for Defendant–Appellant.

Peter E. Heuser, Hartwell, Kolisch, Portland, OR, Dennis L. Thomte, Shane M. Niebergall, Thomte, mazour, Omaha, NE, for Plaintiff–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**William C. NABORS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3098.

United States Court of Appeals,
Federal Circuit.

March 30, 2004.

Robert E. Kirschman, Jr., David M. Cohen, of Counsel, James D. Colt, Gauger, Jeffrey, Washington, DC, for Respondents.

William C. Nabors, of Counsel, Garland, TX, for Petitioner.

### ORDER

The petitioner having failed to pay the full docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.